U.S. District Court
Middle District of Tennessee
Nashville Division

Johnathan Threats (KC)
    Defendant    Case No. 3:25-cv-137
  v

State of Tennessee -
District Attorney General
Clarksville, Tennessee

RECEIVED
FEB 07 2025
US DISTRICT COURT
MID DIST TENN

## Notice of Removal

The Defendant, Mr. Jonathan Threats, pro se, of Montgomery County Circuit Court case no. CC-24-CR-115 notifies this Court pursuant to 28 USC sec. 1443(1) & (2) of him removing his County Circuit Court case no. CC-24-CR-115 to this Court for the below reasons:

1) Mr. Threats is actually innocent of the charges in case no. CC-24-CR-115 and the judge, state and Public Defender is all aware of it. *see circuit court record (* Mr. Threats submitted an affidavit as a part of the record in the circuit court and there is ABSOLUTELY NO EVIDENCE to support the charges in the discovery*))

2) Montgomery County Circuit Court has a "pattern & practice" of allowing Defendants to be prosecuted with ABSOLUTELY NO EVIDENCE, see discovery, see also U.S. District Court - Middle District of Tennessee case no. 24cv-01484. Respectfully Submitted

/s/ Johnathan Threats Johnathan Threats

116 Commerce
Clarksville, TN 37040

-1-

Johnathan Threats #512948
116 Commerce St
Clarksville, TN 37040

"Legal Mail"

RECEIVED
FEB 07 2025
US DISTRICT COURT
MID DIST TENN

RECEIVED
FEB 07 2025
US DISTRICT COURT
MID DIST TENN

2/3/25

NASHVILLE TN 370
4 FEB 2025 PM 4 L

U.S. District Court - Nashville
Middle District of Tenn. Division
Attn: Clerk
719 Church St - Suite 1300
Nashville, TN 37203

37203-709499

NOTICE! NOTICE! NOTICE!
The PENAL INSTITUTION from which this
is mailed assumes no liability or
responsibility for the content, which
has been inspected for contraband.

